UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANMAR LINES, LTD., ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:09-CV-0792-G |
| PETICURE, LLC, *IN PERSONAM*, | ) | |
| ET AL., | ) | **ECF** |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated June 24, 2009, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is, therefore, **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

It is further **ORDERED** that plaintiffs Danmar Lines, Ltd. and DHL Global Forwarding's motion for the release of 9,849 cartons of mini drill/grinder sets ("the subject Cargo"), which were shipped from China to the United States and are currently being stored at a warehouse in Carrollton, Texas arrested cargo is conditionally **GRANTED**. The court declines to vacate the arrest of the subject Cargo and shall release the subject Cargo to plaintiffs upon the posting of a cash bond or a surety bond in the amount of $1,400,000.

July 15, 2009.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**